IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-03024-RTG
(**The above civil action number must appear on all future papers
sent to the court in this action. Failure to include this number
may delay the consideration of your claims.**)

BRYAN RODRIGUEZ,

      Petitioner,

v.

JUAN BALTAZAR, Warden, Aurora ICE Processing Center,
TODD LYONS, Director, U.S. Immigration and Customs Enforcement,
TODD BLANCHE, United States Attorney General, and
MARKWAYNE MULLIN, U.S. Department of Homeland Security,

      Respondents.

---

## ORDER DIRECTING PETITIONER TO CURE DEFICIENCIES

---

Petitioner Bryan Rodriguez is a federal immigration detainee at the ICE Aurora Contract Detention Facility in Aurora, Colorado. On July 6, 2026, he filed *pro se* a Motion to Preliminary Injunction and Temporary Restraining Order. (ECF No. 1).[1] Although his intentions are unclear, this federal habeas corpus action was opened.

As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court finds

---

[1] "(ECF No. 1)" is an example of the convention used to identify the docket number assigned to a specific filing by the court's Case Management/Electronic Case Files (CM/ECF) system. The convention is used throughout this order.

one or more filings deficient (or not submitted) as described in this order. Therefore,

Petitioner is directed to cure the following to pursue any claims in this action. Any

papers that Petitioner files in response to this order must be labeled with the civil action

number provided on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)  X  is not submitted
(2)  __  is missing affidavit
(3)  __  is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)  __  is missing certificate showing current balance in prison account
(5)  __  is missing required financial information
(6)  __  is missing authorization to calculate and disburse filing fee payments
(7)  __  is missing an original signature by the prisoner
(8)  __  is not on proper form (must use the court's current form)
(9)  __  names in caption do not match names in caption of complaint, petition or habeas application
(10)  X  other: Section 1915 motion and affidavit are only necessary if $5.00 filing fee is not paid in full.

**Complaint, Petition or Application**:
(11)  X  is not submitted: "A civil action is commenced by filing a complaint with the court." Fed. R. Civ. P. 3.
(12)  X  is not on proper form (must use one of the court's current habeas forms)
(13)  __  is missing an original signature by the prisoner
(14)  __  is missing page nos.
(15)  __  uses et al. instead of listing all parties in caption
(16)  __  names in caption do not match names in text
(17)  __  addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18)  __  other:

Accordingly, it is

ORDERED that Petitioner cure the deficiencies designated above within thirty

(30) days from the date of this order. Any papers that Petitioner files in response to this

2

order must include the civil action number provided at the top of this order. It is

FURTHER ORDERED that if Petitioner wishes to pursue federal habeas corpus relief, he shall obtain and utilize the following forms: (1) Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241, and (2) Prisoners Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action. These forms, along with the applicable instructions, can be found (with the assistance of a case manager or the facility's legal assistant) at www.cod.uscourts.gov. Instead of submitting the § 1915 motion, Petitioner may pay the $5.00 filing fee in full. It is

FURTHER ORDERED that, if Petitioner fails to cure all designated deficiencies within thirty (30) days from the date of this order, the action will be dismissed without further notice. The dismissal shall be without prejudice. It is

FURTHER ORDERED that Petitioner's Motion to Preliminary Injunction and Temporary Restraining Order (ECF No. 1) is **denied without prejudice as premature** because Petitioner has not yet properly commenced a federal habeas corpus action by filing a pleading on the court-approved form and addressing the applicable filing fee.

DATED July 14, 2026.

BY THE COURT:

_____
Richard T. Gurley
United States Magistrate Judge