IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-03024-LTB-RTG

BRYAN RODRIGUEZ, also known as Garibaldi Rodriguez Bryan,

Petitioner,

v.

JUAN BALTAZAR, Director of Detention Center,
ROBERT HAGAN, Director of Local ICE Office, and
TODD LYONS, ICE Director,,

Respondents.

---

**ORDER**

---

This matter is before the Court on the Recommendation of United States Magistrate Judge dated August 27, 2026. (ECF No. 9). The Recommendation states that any objection to the Recommendation must be filed within fourteen days after its service. *See* 28 U.S.C. § 636(b)(1)(C). The Recommendation was served on August 27, 2026. No timely objection to the Recommendation has been filed, and Petitioner is therefore barred from *de novo* review.

Accordingly, it is

ORDERED that the Recommendation of United States Magistrate Judge (ECF No. 9) is ACCEPTED and ADOPTED. It is

FURTHER ORDERED that the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (ECF No. 5) is DENIED and the action is DISMISSED WITHOUT PREJUDICE for the reasons stated in the Recommendation. It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is DENIED WITHOUT PREJUDICE to the filing of a motion seeking leave to proceed *in forma pauperis* on appeal in the United States Court of Appeals for the Tenth Circuit. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this dismissal would not be taken in good faith. It is

FURTHER ORDERED that no certificate of appealability will issue because Petitioner has not made a substantial showing of the denial of a constitutional right. It is

FURTHER ORDERED that Petitioner's "Motion to Preliminary Injunction and Temporary Restraining Order" (ECF No. 6) is DENIED AS MOOT.

DATED at Denver, Colorado, this 18th day of September, 2026.

BY THE COURT:

s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court